Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

|  |  |
|---|---|
| CARSTON ELUM<br>_____<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br><br>**-v-**<br><br>Amazon Kindle AT<br>Amazon Seller Central<br>_____<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br><br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☐ Yes  ☐ No |

FILED
IN CLERKS OFFICE
2020 MAY 26  AM 10: 53
U.S. DISTRICT COURT
DISTRICT OF MASS.

## COMPLAINT FOR A CIVIL CASE

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Carston Elum          Pro Se |
| Street Address | 1414 E. Lake Meade Blvd. |
| City and County | Las Vegas |
| State and Zip Code | NV 89030 |
| Telephone Number | 919 - 438-6348 |
| E-mail Address | CLExum57@ yahoo.com |

919 - 438-6348

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

    Name                       Amazon Kindle at Amazon Seller Central

    Job or Title *(if known)*    Seller

    Street Address          410 Terry Ave. N. Seattle, WA. 98109

    City and County       Seattle

    State and Zip Code      WA. 98109

    Telephone Number     1 (888) 280-4331

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

*Mille Lake Meals Blvd*
*Las Vegas, NV 89030*

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

*General Delivery*
*919 - 438-6348*

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual          *Pro Se*

The plaintiff, *(name)* Carston Exum                          , is a citizen of the

State of *(name)* ~~LAS~~ NV                        .

b.   If the plaintiff is a corporation          *Seller Central*

The plaintiff, *(name)* Amazon Kindle at Amazon, is incorporated

under the laws of the State of *(name)* WA,                                              ,

and has its principal place of business in the State of *(name)*

WA,                              .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ .  Or is a citizen of

*(foreign nation)* _____ .

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

I Am Asking pAymenT of one million dollaes

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

I Crestom Exum - Plaintiff hAve not recieved Any payment from AmAzon Kindle for SAles of my kindle book, If stoefed SElling in 2011,

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I Capstin Exum - Plaintiff Am Asking for 1 million dollaes for payment of sells for nine yeaes. Plus my Suffering for Asking for payment for nine yeaes, And not getting it. Also cease And desist

Pro Se

1414 e. LAKe meAJe BLVD.
LAs VegAs, N.J. 89030
General Delivery
919-438-6348

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   5/19/20

Signature of Plaintiff   Careston Exum   Pro Se

Printed Name of Plaintiff   Careston Exum   PR. Se

### B.     For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____

1414 e LAKE MEADE BLVD.
LAS Vegas, NV 89030
General Delivery
919-438-6348

5/19/20

FILED
IN CLERKS OFFICE

2020 MAY 26  AM 10: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

## Complaint

1. MY NAME is CARSTON FXum. I CURRENTLY Reside in LAS Vegas NevAdA. My mAiling Address is 1414 E. hAke MeAde BLVD. LAS Vegas, NevAdA 89030 GeneraI DeLivery. THe Address pretAining to this complAint is 360 HARVARd St. Dorchester, MA. 02124. THe DefendAnt is AMAZON Kindle AT Amazon Seller Central, Address 410 Terry Ave. N. SeAttle WAsh. 98109.

2. THis is A CASe where the PlAntiff And defendAnt Reside in different stAtes And the monetAry Amount Exceeds $75,000.00. I would like to enter Diversity jurisdiction PleAse.

3. My clAim AgAinst AMAZON Kindle AT seller CentrAl is NOW pAyment for books sold from 2011 until 2020. THe book they Are selling without pAying me is my Autho Autobiography currently being sold on their website. My Author NAme is Coston FXum of FXum PubLishing. My AutobiogrAphy is copy written with the US copyrights office.

1414 Lake
617-438-6348

Las Vegas, NV 89030
General Delivery

I would like full payment of units sold from 2011 to 2020. I would also like compensation for suffering from no payments. Total amount of money I am seeking is one million dollars. I would also like cease and desist of the sale of my autobiography on the Amazon's Kindle program website.

Carston Exum
Pro Se