```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| CARSTON EXUM,  )  <br>          Plaintiff,  )  <br>                   )   CIVIL ACTION <br>     v.            )   NO. 20- 11002-WGY <br>                   )  <br> SELLER AMAZON KINDLE, ) <br>          Defendant. ) <br>                   ) | |

YOUNG, D.J.                                           November 4, 2020

**ORDER**

    Carston Exum ("Exum") brings this pro se action seeking payments for sales of his autobiography on Amazon Kindle.  See Docket No. 1.  Exum was granted leave to proceed in forma pauperis and was advised that his complaint is subject to dismissal for lack of subject matter jurisdiction.  See Docket No. 6.

    The court's order explained that the amount in controversy cannot be determined because the complaint does not state the terms of the sale and how many books were sold.  Exum was advised that the court must be provided with all necessary facts to support a finding that the matter in controversy exceeds $75,000.  Additionally Exum's complaint failed explain why venue is proper in the District of Massachusetts.  Exum was directed to show cause why his complaint should not be dismissed and was advised that if, upon review of Exum's response, the court finds that there is an absence of subject matter jurisdiction, the court will dismiss the action without

prejudice to plaintiff's filing, if so advised, in an appropriate jurisdiction.

Now before the court is Exum's amendment.  See Docket No. 7. Exum explains that he seeks "monies from book sales only for [the] years Amazon Kindle didn't pay [Exum]."  Id. at p. 1.  Exum states that he is not an attorney and does not have "a true understanding of jurisdiction and diversity."  Id. at p. 2.  Exum suggests that the amount in controversy is less than $75,000 when he asks the court to "enter [Exum] in the under $75,000.00 court and award [Exum] as you please."  Id.

Here, Exum alleges that the amount in controversy is less than $75,000.  Because this court is without subject matter jurisdiction under 28 U.S.C. § 1332, this action will be dismissed.  The dismissal is without prejudice to plaintiff's filing, if so advised, in an appropriate jurisdiction.

Accordingly, in accordance with the court's Memorandum and Order dated August 25, 2020, this action is dismissed pursuant to Rule 12(h)(3) for lack of subject matter jurisdiction.  The clerk shall enter a separate order of dismissal.

**SO ORDERED.**

                                      /s/ William G. Young
                                      WILLIAM G. YOUNG
                                      UNITED STATES DISTRICT JUDGE